UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

N.B., individually and on behalf of her child E.B., a minor,

                Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

1:22-cv-01069 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On August 22, 2022, the Court ordered the parties to file a joint status letter on or before November 15, 2022.  ECF. No. 12.  The parties have not done so.  IT IS HEREBY ORDERED that the parties shall file a joint letter, pursuant to ECF No. 12, promptly and no later than **November 23, 2022**.

Dated: November 17, 2022
      New York, New York

                                    SO ORDERED.

                                    JENNIFER L. ROCHON
                                    United States District Judge